IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LUIS FLORES,

    Plaintiff,

v.                                        CASE NO. 4:06cv131-RH/AK

G. MESSER,

    Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 6), to which no objections have been filed. The report and recommendation is correct and will be adopted as the opinion of the court, except that dismissal properly should be *without* prejudice. Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The complaint is DISMISSED WITHOUT PREJUDICE. The clerk shall enter judgment and shall close the file.

SO ORDERED this 5th day of July, 2006.

                                                  s/Robert L. Hinkle
                                                Chief United States District Judge